RECEIVED
WILLIAM T. WALSH, CLERK Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Civil Action No. 08-5150

2009 JUN -4 P 3: 09

UNITED STATES
DISTRICT COURT

In Regard to the Matter of:

Bayside State Prison
Litigation

OPINION/REPORT
OF THE
SPECIAL MASTER

GLENN FRATTIN

-vs-

WILLIAM H. FAUVER, et al,

Defendants.

\* \* \* \*

WEDNESDAY, FEBRUARY 18, 2009

\* \* \* \*

BEFORE THE HONORABLE JOHN W. BISSELL, SPECIAL MASTER

```
 1
 2
 3
 4          Transcript of proceedings in the above
 5  matter taken by Theresa O. Mastroianni, Certified
 6  Court Reporter, license number 30X100085700, and
 7  Notary Public of the State of New Jersey at the
 8  United States District Court House, One Gerry Plaza,
 9  Camden, New Jersey, 08102, commencing at 2:30 PM.
10
11
12
13
14
15
16
17
18              MASTROIANNI & FORMAROLI, INC.
19        Certified Court Reporting & Videoconferencing
20                 251 South White Horse Pike
21                  Audubon, New Jersey 08106
22                       856-546-1100
23
24
25
```

```
 1

 2   A P P E A R A N C E S:

 3

 4        ROSELLI & GRIEGEL, PC
          BY:  STEVEN GRIEGEL, ESQUIRE
 5             - and -
          BY:  GRANT C. WRIGHT, ESQUIRE
 6        1337 STATE HIGHWAY 33
          HAMILTON SQUARE, NEW JERSEY  08690
 7        609-586-2257
          ATTORNEYS FOR THE DEFENDANTS
 8

 9
          LOUGHRY & LINDSAY, ESQUIRES.
10        BY:  LAWRENCE W. LINDSAY, ESQUIRE
          330 MARKET STREET
11        CAMDEN, NEW JERSEY 08102
          856-968-9201
12        ATTORNEYS FOR THE PLAINTIFFS

13

14        RODNEY D. RAY, ESQUIRE
          32 NORTH BLACK HORSE PIKE
15        BLACKWOOD, NEW JERSEY  08012
          856-232-3337
16        856-232-4561
          ATTORNEYS FOR THE PLAINTIFFS
17

18

19

20

21

22

23

24

25
```

1        JUDGE BISSELL:  I'm reopening
2   proceedings in the matter of Glenn Frattin, civil
3   number 08-5150.
4                This opinion/report is being issued
5   pursuant to the directives of the Order of Reference
6   to a Special Master and the Special Master's
7   Agreement and the guiding principles of law which
8   underlie this decision to be applied to the facts
9   upon which it is based as set forth in the jury
10  instructions in the Walker and Mejias jury charges to
11  the extent applicable to the allegations of Mr.
12  Frattin.
13               As finalized after review under Local
14  Civil Rule 52.1, this transcript will constitute the
15  written report required under paragraph seven of the
16  Order of Reference to a Special Master.
17               Mr. Frattin was housed in Trailer
18  Number Three and was extracted from that trailer on
19  or about August 2nd, 1997 for the purpose of having
20  that trailer searched.  I might note that Officer
21  Buganski, who was on duty there at that time
22  testified that the extraction was routine, without
23  incident or violence.  On the other hand, as Mr.
24  Frattin describes it, the events that occurred to him
25  would not likely have been in Officer Buganski's line

1   of sight.
2              Mr. Frattin testified on October 30,
3   2008 and describes his first alleged assault as
4   follows, beginning at page 14, line 14 and starting
5   with his answer there:
6              "Answer:  Well, I was laying on my bed
7   the way they told me and I was pulled by the arm and
8   thrown down on the floor.  And I had sustained a
9   nerve that connects the shoulder to the arm and it
10  just popped."
11             He talks thereafter about the fact that
12  this shoulder injury continued to be a problem,
13  continued to nag him and bothered him and I think you
14  can say to some extent was permanent up to the
15  present.
16             However, he did acknowledge that
17  despite the supposed continuation and severity of
18  this condition, he never sought treatment for it.  He
19  maxed out of Bayside shortly after this event,
20  apparently, and on page 16 he was asked once again
21  beginning at line 14:
22             "Question:  Did you seek medical
23  treatment for your shoulder during the times you were
24  not incarcerated?
25             "Answer:  No.

1     "Question: Did you ever treat with any
2  therapists for your shoulder?
3     "Answer: I was the therapist.
4  Everyday I kept moving to try to make my body
5  better."
6          As far as this incident is concerned, I
7  do not find that the technique employed here by the
8  SOGs to remove him from his bunk and onto the floor,
9  (by the way there is no testimony in this record that
10 he was in an upper bunk and hence was propelled some
11 four or five or six feet to the floor), is cruel and
12 unusual punishment.  At worst, one might say it is
13 the result of negligence on behalf of the officers in
14 the manner of their extraction because they put an
15 extra strain on his shoulder in doing this.
16         Once again, however, we are not dealing
17 here with a state tort claims act case or a personal
18 injury action under common law.  This is a section
19 1983 case predicated on the use of excessive force
20 for the intentional infliction of cruel and unusual
21 punishment.  I do not find that that's what
22 transpired in this particular instance.
23         Furthermore, the fact that plaintiff
24 sought no professional treatment after his release
25 diminishes the significance of the injury ascribed to

schedules@mfreporting.com   Mastroianni & Formaroli, Inc.   856-546-1100
Professionals Serving Professionals

1    the officer's conduct.  Accordingly, I do not find
2    that this particular incident is actionable.
3              In the second incident he recalls
4    having been hit in the head while on the gym floor
5    during the time that the Trailer Three people were in
6    the gym awaiting the completion of the searching of
7    that trailer.  He talks about being in the gym where
8    he was seated up toward the front of the room and the
9    questioning in this respect is found on
10   cross-examination beginning at page 30, line 24.
11             "Question:  Okay.  Now, isn't it true
12   that you were sitting in the front and the rest of
13   the inmates were sitting behind you?
14             "Answer:  Yes.
15             "Question:  Okay.  But despite that you
16   saw them being beat?
17             "Answer:  That's why I got hit in the
18   head, because I turned around.
19             "Question:  Exactly.  You were told in
20   the gym to remain seated and to keep your head down;
21   is that correct?
22             "Answer:  Yes.
23             "Question:  And you picked up your head
24   and you turned to look behind you and you were struck
25   one time in the back of your head, is that correct?

Page 8

```
 1                "Answer: Yes.
 2                "Question:  With a hand, not with a
 3    stick, not with an object, but with a hand; is that
 4    correct?
 5                "Answer: Yes.
 6                "Question:  After that, you didn't look
 7    around again, did you?
 8                "Answer:  My neck was in a lot of pain
 9    from looking down.
10                "Question:  After that you didn't look
11    around behind you again, correct?
12                "Answer:  No."
13                Thus, I determine that in this
14    particular instance one blow with the hand in order
15    to enforce a direction with regard to the conduct of
16    this prisoner, along with a large number of others
17    assembled together in the gym, and also to reprimand
18    him for having disobeyed that order also does not
19    constitute the use of excessive force within the
20    comtemplation of the law as it's evolved in this area
21    and as recited in the jury instructions which govern
22    these proceedings.
23                I find that in each of these instances
24    a certain amount of force was exerted, but that it
25    was not excessive and not intentionally inflicted for
```

Case 1:08-cv-05150-RBK-JS   Document 4   Filed 06/04/09   Page 9 of 13 PageID: 203
February 18, 2009

1  the purpose of causing injury or anything that could
2  be described in the nature of punishment, rather than
3  merely in the discharge of the valid penalogical
4  purpose of exercising control over the prisoner at
5  the outset in his cell and then enforcing a directive
6  which he violated when he was in the gym.
7           Finally, although not every item of
8  evidence has been discussed in this opinion/report,
9  all evidence presented to the Special Master was
10 reviewed and considered.  For the reasons set forth
11 above, I recommend in this report that the district
12 court enter an order and judgment of no cause for
13 action with regard to Glenn Frattin.
14
15
16
17
18
19
20
21
22
23
24
25

schedules@mfreporting.com   Mastroianni & Formaroli, Inc.          856-546-1100
Professionals Serving Professionals

1                C E R T I F I C A T E

2

3          I, Theresa O. Mastroianni, a Notary Public and

4    Certified Shorthand Reporter of the State of New

5    Jersey, do hereby certify that the foregoing is a

6    true and accurate transcript of the testimony as

7    taken stenographically by and before me at the time,

8    place, and on the date hereinbefore set forth.

9          I DO FURTHER CERTIFY that I am neither a

10   relative nor employee nor attorney nor counsel of any

11   of the parties to this action, and that I am neither

12   a relative nor employee of such attorney or counsel,

13   and that I am not financially interested in the

14   action.

15

16

17

18

19   _____
     Theresa O. Mastroianni, C.S.R.
20   Notary Public, State of New Jersey
     My Commission Expires May 5, 2010
21   Certificate No. XIO857
     Date: February 19, 2009
22

23

24

25

**A**
accurate 10:6
acknowledge 5:16
act 6:17
action 1:2 6:18 9:13 10:11,14
actionable 7:2
Agreement 4:7
al 1:8
allegations 4:11
alleged 5:3
amount 8:24
answer 5:5,6,25 6:3 7:14,17,22 8:1,5,8,12
apparently 5:20
applicable 4:11
applied 4:8
area 8:20
arm 5:7,9
ascribed 6:25
asked 5:20
assault 5:3
assembled 8:17
attorney 10:10 10:12
**ATTORNEYS** 3:7,12,16
Audubon 2:21
August 4:19
awaiting 7:6

**B**
back 7:25
based 4:9
Bayside 1:5 5:19
beat 7:16
bed 5:6
beginning 5:4,21 7:10
behalf 6:13
better 6:5
BISSELL 1:20 4:1
BLACK 3:14

BLACKWOOD 3:15
blow 8:14
body 6:4
bothered 5:13
Buganski 4:21
Buganski's 4:25
bunk 6:8,10

**C**
C 3:2,5 10:1,1
Camden 2:9 3:11
case 6:17,19
cause 9:12
causing 9:1
cell 9:5
certain 8:24
Certificate 10:21
Certified 2:5,19 10:4
certify 10:5,9
charges 4:10
civil 1:2 4:2,14
claims 6:17
commencing 2:9
Commission 10:20
common 6:18
completion 7:6
comtemplation 8:20
concerned 6:6
condition 5:18
conduct 7:1 8:15
connects 5:9
considered 9:10
constitute 4:14 8:19
continuation 5:17
continued 5:12 5:13
control 9:4
correct 7:21,25

8:4,11
counsel 10:10,12
court 1:1 2:6,8 2:19 9:12
cross-examina... 7:10
cruel 6:11,20
C.S.R 10:19

**D**
D 3:14
date 10:8,21
dealing 6:16
decision 4:8
Defendants 1:9 3:7
described 9:2
describes 4:24 5:3
despite 5:17 7:15
determine 8:13
diminishes 6:25
direction 8:15
directive 9:5
directives 4:5
discharge 9:3
discussed 9:8
disobeyed 8:18
district 1:1,1 2:8 9:11
doing 6:15
duty 4:21

**E**
E 3:2,2 10:1,1
employed 6:7
employee 10:10 10:12
enforce 8:15
enforcing 9:5
enter 9:12
ESQUIRE 3:4,5 3:10,14
ESQUIRES 3:9
et 1:8

event 5:19
events 4:24
Everyday 6:4
evidence 9:8,9
evolved 8:20
Exactly 7:19
excessive 6:19 8:19,25
exercising 9:4
exerted 8:24
Expires 10:20
extent 4:11 5:14
extra 6:15
extracted 4:18
extraction 4:22 6:14

**F**
F 10:1
fact 5:11 6:23
facts 4:8
far 6:6
FAUVER 1:8
February 1:15 10:21
feet 6:11
finalized 4:13
Finally 9:7
financially 10:13
find 6:7,21 7:1 8:23
first 5:3
five 6:11
floor 5:8 6:8,11 7:4
follows 5:4
force 6:19 8:19 8:24
foregoing 10:5
FORMAROLI 2:18
forth 4:9 9:10 10:8
found 7:9
four 6:11

Frattin 1:6 4:2 4:12,17,24 5:2 9:13
front 7:8,12
FURTHER 10:9
Furthermore 6:23

**G**
Gerry 2:8
Glenn 1:6 4:2 9:13
govern 8:21
GRANT 3:5
GRIEGEL 3:4,4
guiding 4:7
gym 7:4,6,7,20 8:17 9:6

**H**
H 1:8
HAMILTON 3:6
hand 4:23 8:2,3 8:14
head 7:4,18,20 7:23,25
hereinbefore 10:8
HIGHWAY 3:6
hit 7:4,17
HONORABLE 1:20
Horse 2:20 3:14
House 2:8
housed 4:17

**I**
incarcerated 5:24
incident 4:23 6:6 7:2,3
inflicted 8:25
infliction 6:20
injury 5:12 6:18 6:25 9:1

inmates 7:13
instance 6:22
   8:14
instances 8:23
instructions
   4:10 8:21
intentional 6:20
intentionally
   8:25
interested 10:13
issued 4:4
item 9:7

**J**

Jersey 1:1 2:7,9
   2:21 3:6,11,15
   10:5,20
JOHN 1:20
JUDGE 4:1
judgment 9:12
jury 4:9,10 8:21

**K**

keep 7:20
kept 6:4

**L**

large 8:16
law 4:7 6:18
   8:20
LAWRENCE
   3:10
laying 5:6
license 2:6
LINDSAY 3:9
   3:10
line 4:25 5:4,21
   7:10
Litigation 1:5
Local 4:13
look 7:24 8:6,10
looking 8:9
lot 8:8
LOUGHRY 3:9

**M**

manner 6:14
MARKET 3:10
Master 1:6,20
   4:6,16 9:9
Master's 4:6
Mastroianni 2:5
   2:18 10:3,19
matter 1:4 2:5
   4:2
maxed 5:19
medical 5:22
Mejias 4:10
merely 9:3
moving 6:4

**N**

N 3:2
nag 5:13
nature 9:2
neck 8:8
negligence 6:13
neither 10:9,11
nerve 5:9
never 5:18
New 1:1 2:7,9,21
   3:6,11,15 10:4
   10:20
NORTH 3:14
Notary 2:7 10:3
   10:20
note 4:20
number 2:6 4:3
   4:18 8:16

**O**

O 2:5 10:3,19
object 8:3
occurred 4:24
October 5:2
Officer 4:20,25
officers 6:13
officer's 7:1
Okay 7:11,15
once 5:20 6:16
opinion/report
   1:5 4:4 9:8

order 4:5,16
   8:14,18 9:12
outset 9:5

**P**

P 3:2,2
page 5:4,20 7:10
pain 8:8
paragraph 4:15
particular 6:22
   7:2 8:14
parties 10:11
PC 3:4
penalogical 9:3
people 7:5
permanent 5:14
personal 6:17
picked 7:23
Pike 2:20 3:14
place 10:8
plaintiff 6:23
PLAINTIFFS
   3:12,16
Plaza 2:8
PM 2:9
popped 5:10
predicated 6:19
present 5:15
presented 9:9
principles 4:7
Prison 1:5
prisoner 8:16
   9:4
problem 5:12
proceedings 2:4
   4:2 8:22
professional
   6:24
propelled 6:10
Public 2:7 10:3
   10:20
pulled 5:7
punishment
   6:12,21 9:2
purpose 4:19 9:1
   9:4

pursuant 4:5
put 6:14

**Q**

Question 5:22
   6:1 7:11,15,19
   7:23 8:2,6,10
questioning 7:9

**R**

R 3:2 10:1
RAY 3:14
reasons 9:10
recalls 7:3
recited 8:21
recommend
   9:11
record 6:9
Reference 4:5
   4:16
regard 1:4 8:15
   9:13
relative 10:10,12
release 6:24
remain 7:20
remove 6:8
reopening 4:1
report 4:15 9:11
Reporter 2:6
   10:4
Reporting 2:19
reprimand 8:17
required 4:15
respect 7:9
rest 7:12
result 6:13
review 4:13
reviewed 9:10
RODNEY 3:14
room 7:8
ROSELLI 3:4
routine 4:22
Rule 4:14

**S**

S 3:2

saw 7:16
searched 4:20
searching 7:6
seated 7:8,20
second 7:3
section 6:18
seek 5:22
set 4:9 9:10 10:8
seven 4:15
severity 5:17
Shorthand 10:4
shortly 5:19
shoulder 5:9,12
   5:23 6:2,15
sight 5:1
significance
   6:25
sitting 7:12,13
six 6:11
SOGs 6:8
sought 5:18 6:24
South 2:20
Special 1:6,20
   4:6,6,16 9:9
SQUARE 3:6
starting 5:4
state 1:5 2:7 3:6
   6:17 10:4,20
States 1:1 2:8
stenographica...
   10:7
STEVEN 3:4
stick 8:3
strain 6:15
STREET 3:10
struck 7:24
supposed 5:17
sustained 5:8

**T**

T 10:1,1
taken 2:5 10:7
talks 5:11 7:7
technique 6:7
testified 4:22 5:2
testimony 6:9

| | | |
|---|---|---|
| 10:6 | **White** 2:20 | 609-586-2257 |
| **therapist** 6:3 | **WILLIAM** 1:8 | 3:7 |
| **therapists** 6:2 | **worst** 6:12 | |
| **Theresa** 2:5 10:3 | **WRIGHT** 3:5 | **8** |
| 10:19 | **written** 4:15 | 856-232-3337 |
| **think** 5:13 | | 3:15 |
| **Three** 4:18 7:5 | **X** | 856-232-4561 |
| **thrown** 5:8 | **XIO857** 10:21 | 3:16 |
| **time** 4:21 7:5,25 | | 856-546-1100 |
| 10:7 | **0** | 2:22 |
| **times** 5:23 | **08-5150** 1:2 4:3 | 856-968-9201 |
| **told** 5:7 7:19 | **08012** 3:15 | 3:11 |
| **tort** 6:17 | **08102** 2:9 3:11 | |
| **trailer** 4:17,18 | **08106** 2:21 | |
| 4:20 7:5,7 | **08690** 3:6 | |
| **transcript** 2:4 | | |
| 4:14 10:6 | **1** | |
| **transpired** 6:22 | **1337** 3:6 | |
| **treat** 6:1 | **14** 5:4,4,21 | |
| **treatment** 5:18 | **16** 5:20 | |
| 5:23 6:24 | **18** 1:15 | |
| **true** 7:11 10:6 | **19** 10:21 | |
| **try** 6:4 | **1983** 6:19 | |
| **turned** 7:18,24 | **1997** 4:19 | |
| | | |
| **U** | **2** | |
| **underlie** 4:8 | **2nd** 4:19 | |
| **United** 1:1 2:8 | **2:30** 2:9 | |
| **unusual** 6:12,20 | **2008** 5:3 | |
| **upper** 6:10 | **2009** 1:15 10:21 | |
| **use** 6:19 8:19 | **2010** 10:20 | |
| | **24** 7:10 | |
| **V** | **251** 2:20 | |
| **valid** 9:3 | | |
| **Videoconfere...** | **3** | |
| 2:19 | **30** 5:2 7:10 | |
| **violated** 9:6 | **30X100085700** | |
| **violence** 4:23 | 2:6 | |
| **vs** 1:7 | **32** 3:14 | |
| | **33** 3:6 | |
| **W** | **330** 3:10 | |
| **W** 1:20 3:10 | | |
| **Walker** 4:10 | **5** | |
| **way** 5:7 6:9 | **5** 10:20 | |
| **WEDNESDAY** | **52.1** 4:14 | |
| 1:15 | | |
| | **6** | |