UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN, NEW JERSEY

GLENN FRATTIN                    :

                Plaintiff(s)    :       **JUDGMENT**

  (vs)                           :

BAYSIDE STATE PRISON, ET AL.     :       Civil #08-05150 (RBK)

              Defendant(s)    :

---

The Hon. John W. Bissell, Special Master, appointed by this Court having found on February 18, 2009, and no timely objection having been filed,

IT IS, on this 17 day of June 2009

ORDERED that the report of Hon. John W. Bissell dated February 18, 2009 is hereby affirmed and Judgment of No Cause For Action be entered in favor of **defendants Bayside State Prison, et al.** and against **plaintiff Glenn Frattin.**.

                                                  _____
                                                  HON. ROBERT B. KUGLER, U.S.D.J.