UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN, NEW JERSEY

|  |  |  |
|---|---|---|
| | : | |
| GLENN FRATTIN | : | |
| Plaintiff(s) | : | **JUDGMENT** |
| (vs) | : | |
| | | Civil #08-05150 (RBK) |
| BAYSIDE STATE PRISON, ET AL. | : | |
| | : | |
| Defendant(s) | | |

---------------------------------------------------------------------------

The Hon. John Bissell, Special Master, appointed by this Court

having found on February 18, 2009, and no timely objection having been filed,

IT IS, on this 29 day of October , 2009 February 18, 2009

is hereby affirmed and Judgment of No Cause For Action  be entered in favor of **defendants**

**Bayside State Prison, et al.** and against **plaintiff Glenn Frattin.**


HON. ROBERT B. KUGLER, U.S.D.J.